| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>David Witherspoon<br>Attorney At Law<br>10 Hill Street-Suite 20Y<br>Newark, NJ 07102<br>973-991-0736 | **Order Filed on November 19,<br>2018 by Clerk U.S. Bankruptcy<br>Court District of New Jersey** |
| In Re:<br>Shakeya Holden | Case No.: 15-32190<br>Chapter: 13<br>Judge: John K Sherwood |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____David Witherspoon_____, the applicant, is allowed a fee of $ _____400_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____400_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_158\_\_\_\_\_ per month for \_\_\_\_\_24\_\_\_\_\_ months to allow for payment of the above fee.

*rev.8/1/15*